AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L. | US Court of Appeals - 4th Cir. | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

1000 East Main Street
Suite 212
Richmond, VA 23219-3517

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | University of Richmond |
| 2. | Trustee | John Marshall Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2017 | Survivor Income Pension - Altria Group, Inc. | $20,053.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Kelly Services, Inc. - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona James E. Rogers College of Law | 01/27/2017 to 01/29/2017 | Phoenix, AZ | 2017 O'Connor Justice Prize Dinner | Travel, Lodging & Meals |
| 2. | University of Houston Law Center | 04/02/2017 to 04/03/2017 | Houston, TX | Jurist-In-Residence | Travel, Lodging, & Meals |
| 3. | University of Michigan Law School | 04/12/2017 to 04/12/2017 | Ann Arbor, MI | Moot Court | Travel |
| 4. | American Bar Association (ABA) | 05/01/2017 to 05/02/2017 | Washington, DC | Panel Speaker | Travel & Lodging |
| 5. | North Carolina Bar Association (NCBA) | 06/22/2017 to 06/23/2017 | Asheville, NC | Keynote Speaker | Travel/Mileage & Lodging |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 11

**Name of Person Reporting**

**Gregory, Roger L.**

**Date of Report**

05/15/2018

| 6. | South Carolina Defense Trial Attorneys' Association (SCDTAA) | 11/09/2017 to 11/12/2017 | Sea Island, GA | Keynote Speaker | Travel, Lodging, & Meals |
|----|----|----|----|----|----|
| 7. | The Green Bag, Inc. | 11/14/2017 to 11/15/2017 | Washington, DC | Reinactment of Supreme Court Argument | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Direct Loan - U.S. Dep't of Education | Student Loan | K |
| 2. | SLM Corp. - Sallie Mae - U.S. Dep't Education | Student Loan | J |
| 3. | American Express | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Wells Fargo Interest Checking "(X)" | A | Interest | K | T | Open | 01/31/17 | K | | |
| 3. Prudential Insurance Variable Annuity "(H)" | | | | | | | | | See Part VIII. Explanation |
| 4. Prudential Jennison | A | Dividend | J | T | | | | | |
| 5. Prudential Flexible Managed | D | Dividend | L | T | | | | | |
| 6. Prudential High Yield Bond | B | Dividend | K | T | | | | | |
| 7. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 8. New York Life IRA - Fixed Annuity | A | Interest | K | T | | | | | |
| 9. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 10. Consolidated Bank & Trust/Premier Bank | A | Interest | L | T | | | | | |
| 11. John Hancock Life Ins. - term & whole life policy | B | Dividend | J | T | | | | | |
| 12. New York Life Ins. Co. - term & whole life policy | B | Interest | J | T | | | | | |
| 13. Intel Corp. - Common Stock | A | Dividend | | | Sold | 04/21/17 | J | D | Stock Market |
| 14. Call Federal Credit Union | | None | J | T | | | | | |
| 15. SunTrust Money Market Account | A | Interest | J | T | | | | | |
| 16. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 17. Philip Morris Int'l, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Mgmt. Trust Co. - IRA "(H)" | | | | | | | | | See Part VIII. Explanation |
| 19. Fidelity Gov't Money Mkt. | A | Dividend | J | T | | | | | |
| 20. Strategic Advisers Core Fund | D | Dividend | L | T | Sold (part) | 02/03/17 | J | | Stock Market |
| 21. | | | | | Sold (part) | 03/09/17 | J | | Stock Market |
| 22. | | | | | Sold (part) | 04/24/17 | J | | Stock Market |
| 23. | | | | | Sold (part) | 08/11/17 | J | | Stock Market |
| 24. | | | | | Sold (part) | 10/27/17 | J | | Stock Market |
| 25. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 26. | | | | | Sold (part) | 12/13/17 | J | | Stock Market |
| 27. Strategic Advisers Growth Fund | C | Dividend | K | T | Sold (part) | 02/03/17 | J | | Stock Market |
| 28. | | | | | Sold (part) | 04/24/17 | J | | Stock Market |
| 29. | | | | | Sold (part) | 05/25/17 | J | | Stock Market |
| 30. | | | | | Sold (part) | 08/11/17 | J | | Stock Market |
| 31. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 32. Strategic Advisers Value Fund | C | Dividend | K | T | Sold (part) | 08/11/17 | J | | Stock Market |
| 33. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 34. | | | | | Sold (part) | 12/13/17 | J | | Stock Market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Advisers Emerging Markets | A | Dividend | K | T | Sold (part) | 05/25/17 | J | | Stock Market |
| 36. | | | | | Sold (part) | 08/11/17 | J | | Stock Market |
| 37. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 38. Strategic Advisers Small-Mid Cap Fund | C | Dividend | K | T | Sold (part) | 04/24/17 | J | | Stock Market |
| 39. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 40. Strategic Advisers International Fund | B | Dividend | L | T | Sold (part) | 02/03/17 | J | | Stock Market |
| 41. | | | | | Sold (part) | 05/25/17 | J | | Stock Market |
| 42. | | | | | Sold (part) | 10/27/17 | J | | Stock Market |
| 43. | | | | | Sold (part) | 11/13/17 | J | | Stock Market |
| 44. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Buy (add'l) | 08/11/17 | J | | Stock Market |
| 45. Fidelity SAI International Index | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | Stock Market |
| 46. | | | | | Buy (add'l) | 05/25/17 | J | | Stock Market |
| 47. Fidelity SAI Emerg Market Index | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | Stock Market |
| 48. AQR Multi Strgy Alternative Class N | A | Dividend | J | T | Buy | 11/13/17 | J | | Stock Market |
| 49. AQR Managed Futures Fund CL N | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | Stock Market |
| 50. Fidelity Total Bond "(H)" | | | | | | | | | See Part VIII. Explanation |
| 51. Strategic Advisers Short Duration Fund | A | Dividend | K | T | Sold (part) | 02/03/17 | J | | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/25/17 | J | | Stock Market |
| 53. | | | | | Sold (part) | 08/11/17 | J | | Stock Market |
| 54. | | | | | Sold (part) | 10/27/17 | J | | Stock Market |
| 55. | | | | | Buy (add'l) | 11/13/17 | J | | Stock Market |
| 56. Strategic Advisers Income Opportunities | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | Stock Market |
| 57. | | | | | Sold (part) | 10/27/17 | J | | Stock Market |
| 58. Strategic Advisers Core Income Fund | B | Dividend | M | T | Buy (add'l) | 02/03/17 | J | | Stock Market |
| 59. | | | | | Buy (add'l) | 03/09/17 | J | | Stock Market |
| 60. | | | | | Buy (add'l) | 04/24/17 | J | | Stock Market |
| 61. | | | | | Buy (add'l) | 08/11/17 | J | | Stock Market |
| 62. | | | | | Buy (add'l) | 10/27/17 | J | | Stock Market |
| 63. | | | | | Buy (add'l) | 10/30/17 | J | | Stock Market |
| 64. | | | | | Buy (add'l) | 11/13/17 | K | | Stock Market |
| 65. | | | | | Buy (add'l) | 12/13/17 | J | | Stock Market |
| 66. Templeton Global Bond Class A | A | Dividend | | | Sold (part) | 02/03/17 | J | | Stock Market |
| 67. | | | | | Sold | 10/27/17 | J | C | Stock Market |
| 68. Eaton Vance GL Macro Absolute Rtrn ADV 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L.. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   PIMCO Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 70.   FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | Stock Market |
| 71. | | | | | Sold (part) | 02/14/17 | J | | Stock Market |
| 72. | | | | | Buy (add'l) | 04/24/17 | J | | Stock Market |
| 73. | | | | | Sold (part) | 05/30/17 | J | | Stock Market |
| 74. | | | | | Buy (add'l) | 08/11/17 | J | | Stock Market |
| 75. | | | | | Sold (part) | 08/21/17 | J | | Stock Market |
| 76. | | | | | Buy (add'l) | 10/27/17 | J | | Stock Market |
| 77. | | | | | Sold (part) | 11/20/17 | J | | Stock Market |
| 78. | | | | | Buy (add'l) | 12/13/17 | J | | Stock Market |
| 79.   Fidelity Deferred Annuity Account | E | Dividend | M | T | | | | | |
| 80.   Fidelity Rollover IRA "Cash Account" | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Line 3: Prudential Insurance Variable Annuity. No information is reported on Line 3 because I report all income and values for the sub-Funds of the Prudential Insurance Variable Annuity on Lines 4 through 6.

Line 18: Fidelity Management Trust Co. - IRA. No information is reported on Line 18 because I report all transactions, income, and values related to stocks, mutual funds, bonds, and the deferred annuity account managed by Fidelity Management Trust Company on Lines 19 through 79.

Line 50: Fidelity Total Bond. No information is reported on Line 50 because I report all transactions, income, and values related to the Bond accounts under Fidelity Total Bond on Lines 51 through 69.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544